**People of the State of Illinois, Appellee, v. Mark Clancy, Appellant.**

Gen. Nos. 52,893, 52,894.

First District, First Division.

June 29, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.